AUSA

FILED

JUN 13 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Antonio de Jesus AVILA-Hernandez, Defendant. | MAGISTRATE CASE No: '08 MJ 8533 |
| | COMPLAINT FOR VIOLATION OF 8 U.S.C. § 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on June 12, 2008, within the Southern District of California, defendant Antonio de Jesus AVILA-Hernandez, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that one alien, namely, Sergio GARCIA Avalos, had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

Diana Contreras, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS ~~12th~~ 13th DAY OF JUNE 2008.

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Antonio de Jesus AVILA-Hernandez

STATEMENT OF FACTS

The complainant states that this complaint is based upon the reports of the apprehending officers and the investigation conducted by United States Customs & Border Protection Enforcement Officer Diana Contreras.

On June 12, 2008, at approximately 7:35 P.M., Antonio de Jesus AVILA-Hernandez arrived at the Calexico, California, East Port of Entry, as the driver of a 1993 Mercury Villager.

During the primary inspection, AVILA gave a negative Customs declaration to the primary United States Customs and Border Protection Officer (CBPO) C. Gipson. CBPO Gipson escorted the vehicle to the secondary lot. Upon escorting the vehicle, CBPO Gipson met with CBPO Gonzalez and turned over the inspection.

In secondary inspection United States Customs and Border Protection Officer (CBPO) R. Montgomery was given the referral slip by CBPO Gonzalez. CBPO Montgomery asked AVILA to park his vehicle and had him lift the hood and open all doors to the vehicle. AVILA stated that the vehicle belonged to his cousin and that he had nothing to declare. CBPO Montgomery escorted AVILA to the fraud office for further inspection.

CBPO Montgomery proceeded to conduct his inspection of the vehicle and noticed what appeared to be denim showing through one of the air vents on the driver's side panel inside the van. CBPO Montgomery requested Canine Enforcement Officer A. Gonzalez to utilize his narcotic and human detection dog to screen the

vehicle to which he alerted to the drivers side quarter panel. CBPO Montgomery immediately returned to the fraud office and took custody of AVILA.

AVILA was placed under arrest and advised of his rights per Miranda in the English language by U. S. Customs and Border Protection Enforcement Officer (CBPOE) Contreras and witnessed by CBPOE Hernandez. AVILA said he understood his rights.

Material Witness Sergio GARCIA-Avalos stated he is a citizen and national of Mexico with no legal entry documents to enter, reside or pass through the United States. Records revealed GARCIA had been previously removed by an Immigration judge. GARCIA stated he had not applied for or obtained the authorization of the Attorney General of the United States to reapply for admission to enter the United States. GARCIA stated that while in the compartment, the driver asked him if he was "okay" and if everything was "okay". GARCIA stated his spouse had made the smuggling arrangements to have him smuggled into the United States illegally. GARCIA stated his wife was going to pay approximately $3,000.00 for being smuggled into the United States and that his final destination was to be Paso Robles, CA where he was to reunite with his spouse and child. When presented with a photo line-up GARCIA was unable to identify AVILA.

Material Witness:

| Name | Country of Birth |
|---|---|
| Sergio GARCIA Avalos | MEXICO |

Further, the complainant states that he believes said alien is a citizen of a country other than the United States; that

said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.